**Hon. Mary Alice Theiler**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM MICHAEL KRAL,<br><br>                        Plaintiff,<br><br>    v.<br><br>KING COUNTY, a Washington municipal corporation, and WASHINGTON ASSOCIATION OF SHERIFFS AND POLICE CHIEFS, a Washington corporation,<br><br>                        Defendants. | No. C10-1360-MAT<br><br>STIPULATION AND ORDER EXTENDING DISCOVERY |

## I. <u>ORDER</u>

THIS MATTER, coming on to be heard before the undersigned Judge of the above-entitled Court based upon the stipulation of the parties, and the Court being fully advised in the premises, NOW, THEREFORE, it is

---

STIPULATION AND ORDER EXTENDING DISCOVERY
(Cause No. 2:10-cv-01360-MAT) – Page 1



1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Facsimile: (253) 627-0123

ORDERED, ADJUDGED AND DECREED that the discovery cutoff shall be extended to no later than October 13, 2011 for the sole purpose of conducting Plaintiff's deposition.

DONE IN OPEN COURT this 11th day of October, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

By: s/Lonnie Davis
LONNIE DAVIS, WSBA #5091
Attorney for Plaintiff


DANIEL T. SATTERBERG
King County Prosecuting Attorney


By:_____
Nancy A. Balin, WSBA #21912
Senior Deputy Prosecuting Attorney
Attorney for Defendant King County


SMITH ALLING, P.S.


By:_____
Michael E. McAleenan, WSBA #29426
Attorney for Defendant WASPC

STIPULATION AND ORDER EXTENDING DISCOVERY
(Cause No. 2:10-cv-01360-MAT) – Page 2



1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Facsimile: (253) 627-0123