UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WILLIAM MICHAEL KRAL, | ) | |
| | ) | CASE NO. C10-1360-MAT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KING COUNTY, a Washington municipal | ) | AMENDED ORDER SETTING TRIAL |
| corporation, and WASHINGTON | ) | DATE AND PRETRIAL SCHEDULE |
| ASSOCIATION OF SHERIFFS AND | ) | |
| POLICE CHIEFS, a Washington corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court issued an amended scheduling order on October 28, 2011 (Dkt. 36) that erroneously included a blanket extention of all discovery. The parties, however, only stipulated to an extension for the purpose of completing defendant's deposition of plaintiff. Additionally, the parties stipulated to a new dispositive motion deadline of December 29, 2011, not February 13, 2012. The Court therefore STRIKES the Order at Dkt. 36 and hereby reissues the Amended Scheduling Order as follows:

| | |
|---|---|
| Seven Day Jury Trial set to being at **9:30 a.m.** on | **May 14, 2012** |
| Discovery has been COMPLETED (except for deposition of plaintiff) by this date | October 3, 2011 **CLOSED** |

AMENDED ORDER SETTING TRIAL
DATE AND PRETRIAL SCHEDULE
PAGE -1

| | | |
|---|---|---|
| **Deadline to complete Deposition of Plaintiff** | | **November 29, 2011** |
| All dispositive motion must be FILED by this date and noted for consideration no than the fourth Friday thereafter (see CR 7(d)) | | December 29, 2011 |
| Settlement Conference, per CR 39.1(c)(2) to be held no later than this date | | March 12, 2012 |
| Mediation per CR 39.1(c)(3) to be held by this date | | April 16, 2012 |
| All motions in limine must be FILED by this date and noted for consideration no later than the 3rd Friday after filing (see CR7(d)(4)) | | April 16, 2012 |
| Agreed Pretrial Order due by this date | | May 2, 2012 |
| Trial Briefs, proposed Voir Dire questions, proposed Jury Instructions, and Trial Exhibits DUE by this date (see below) | | May 7, 2012 |
| Pretrial Conference scheduled in chambers at 9:30 a.m. on this date. COUNSEL WITH PRINCIPAL TRIAL RESPONSIBILITY MUST ATTEND. | | May 9, 2012 |

The dates set forth in this Order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown.

These dates are set at the direction of the Court. ALL OTHER DATES are specified in the Local Civil Rules. If any date identified in this Order or the Local Civil Rules falls on a weekend or a federal holiday, the deadline shall fall to the next business day.

### COOPERATION

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final Pretrial Order in the format requird by CR 16.1, except as mentioned below.

### EXHIBITS

The original and one copy of the trial exhibits are to be delivered to Judge Theiler's

chambers seven (7) calendar days before the trial date. Each exhibit shall be clearly marked. The Court hereby alters the procedure contained in CR 16.1 for numbering exhibits as follows: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next number not used by plaintiff. Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the Pretrial Order, it may be used by any party. Each set of exhibits shall be submitted in a three-ring binder with appropriately-numbered tabs.

## SETTLEMENT AND MEDIATION

If this case settles, plaintiff's counsel shall notify Judy Thomas at (206) 370-8420 or via email at: Judy_Thomas@wawd.uscourts.gov, as soon as possible. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The Clerk is directed to send copies of this Order to all parties of record.

DATED this 31st day of October, 2011.

Mary Alice Theiler
United States Magistrate Judge