**Hon. Mary Alice Theiler**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM MICHAEL KRAL,<br><br>               Plaintiff,<br><br>    v.<br><br>KING COUNTY, a Washington municipal corporation, and WASHINGTON ASSOCIATION OF SHERIFFS AND POLICE CHIEFS, a Washington corporation,<br><br>               Defendants. | No. C10-1360-MAT<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT WASPC'S REPLY TIME |

## I. <u>STIPULATION</u>

The Court's February 9, 2012 Minute Order allowed Plaintiff additional time to submit a Response to Defendant WASPC's Motion for Summary Judgment, and ordered that WASPC submit a Reply on or before February 17, 2012. Because this additional briefing schedule was not contemplated or planned for, the Reply timeline causes scheduling and timing conflicts for WASPC to adequately reply.

---

STIPULATION AND ORDER EXTENDING DEFENDANT
WASPC'S REPLY TIME
(Cause No. 2:10-cv-01360-MAT) – Page 1



1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Facsimile: (253) 627-0123

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendant WASPC may file its Reply on or before February 24, 2012.

## II. ORDER

THIS MATTER, coming on to be heard before the undersigned Judge of the above-entitled Court based upon the stipulation of the parties, and the Court being fully advised in the premises, NOW, THEREFORE, it is

ORDERED, ADJUDGED AND DECREED that Defendant WASPC may file its Motion for Summary Judgment Reply on or before February 24, 2012.

DONE IN OPEN COURT this <u>21st</u> day of February, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

SMITH ALLING, P.S.

By:_____
   Michael E. McAleenan, WSBA #29426
   Attorney for Defendant WASPC

By: s/Lonnie Davis
   LONNIE DAVIS, WSBA #5091
   Attorney for Plaintiff

---

STIPULATION AND ORDER EXTENDING DEFENDANT
WASPC'S REPLY TIME
(Cause No. 2:10-cv-01360-MAT) – Page 2



1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Facsimile: (253) 627-0123